Opinion issued November 14, 2002 










In The

Court of Appeals

For The

First District of Texas

____________


NOS. 01-02-00510-CR

 01-02-00511-CR

____________


MARTIN MARMULEJO, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from County Criminal Court at Law No. 9

Harris County, Texas

Trial Court Cause Nos. 1103362 and 1105931






MEMORANDUM OPINION

 Appellant filed a motion to dismiss the above-referenced appeals. The motion
is in writing, signed by appellant and counsel. We have not yet issued a decision. 
Accordingly, the appeals are dismissed. Tex. R. App. P. 42.2(a).

 The clerk of this Court is directed to issue mandates immediately. Tex. R. App.
P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Alcala, and Price. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Frank C. Price, former Justice, Court of Appeals, First District
of Texas at Houston, participating by assignment.